# EXHIBIT 2

## MASTER AGREEMENT

## TO BE FILED UNDER SEAL