# DECLARATION OF BRENDAN MULVEY

I, BRENDAN MULVEY, declare as follows:

## 1. Qualifications

I am currently employed as Senior Managing Director at Treliant LLC. I hold a Juris Doctorate and a Bachelor's of Science in Finance from St. John's University, and I have over 15 years of experience in banking and financial services. A copy of my curriculum vitae is attached as Exhibit A.

## 2. Basis for Opinion

I have been retained as an expert by Barclay Damon LLP in connection with *Cencap Federal Credit Union v. Fiserv Solutions, LLC*, Case No. 25 Civ. 913, currently pending in the U.S. District Court for the District of Connecticut. I have reviewed a copy of the Complaint and the publicly filed exhibits. I have also directly observed the enrollment, login, account maintenance, and initiation of transfers performed by Cencap Federal Credit Union ("Cencap Federal") members on the Online Banking Portal offered by Fiserv, as well as Cencap Federal employees logging into and creating and accessing tickets submitted through the Client360 Portal provided by Fiserv.

## 3. Expert Opinion

Based on my education, training, and experience, and after reviewing the materials and processes described above, it is my professional opinion that:

The user authentication protocols for Fiserv's Virtual Branch (online banking) and Client360 (support ticket) portals do not adequately protect the confidential information contained in those systems. Fiserv's security controls fail to prevent unauthorized access to information as well as fail to provide a reasonable standard of care and what is lawfully required. The authentication protocols fail to meet baseline standards articulated by the Federal Financial Institution Examination Council ("FFIEC") for authentication of users establishing access for, gaining access to, or engaging in online banking activities.

- For the Virtual Branch Online Banking Portal:
    - Multi-factor authentication is not enabled for initial enrollment and subsequent access to an Online Banking account:
        - Initial enrollment only requires knowledge of certain information—member account number, social security number, last four digits of social security number, and street number. It does not include other mechanisms that would result in multi-factor authentication, such as one-time passwords or device identification and enrollment.
        - Subsequent access to the Online Banking Portal only requires knowledge of certain information—username, password, and user-defined responses to challenge questions. It does not include other mechanisms that would result in

1

> multi-factor authentication, such as one-time passwords or device identification and enrollment.
>
> - Multi-factor authentication requires two or more of the three types of user authentication factors: knowledge, possession, and identification. Use of two or more types of a single authentication factor does not constitute multi-factor authentication. Specifically, using a combination of username, password, and response to a challenge question still constitutes single-factor authentication because the underlying authentication factor of these inputs is knowledge. Multi-factor authentication in this example would require also employing a method that would qualify as possession or identification. In the case of the Online Banking Portal, the use of a username, password, and response to a challenge question does not meet the definition of multi-factor authentication. Even if one would view the inclusion of a challenge question response as a second factor of authentication, the absence of multi-factor authentication in the original account enrollment and setup process in which the challenge questions were created renders the challenge question illusory as a security control.

- For the Client360 Portal used by credit union employees to open, view, and manage support tickets with Fiserv, access to the portal is limited to single-factor authentication, as only a username and password is required. Access to this ticketing system would allow a threat actor to impersonate credit union employees, submit unauthorized requests to modify, enable, or disable system security settings and functionalities, uncover potential security vulnerabilities, and otherwise gain access to personally-identifiable, confidential, or other highly sensitive information about Cencap Federal and its members. There is no requirement for multi-factor authentication to access the Client360 Portal.

*a)* *Relevant Standards for Online Banking and Ticketing Portals*

The FFIEC, whose membership includes the National Credit Union Administration, published revised guidance in 2021, which provides instruction to financial institutions and third parties on appropriate risk management practices for access and authentication in financial institutions, and highlights the need for robust authentication methods as part of layered security solutions to protect information systems, data, and accounts.[1]

Layered security incorporates multiple preventative, detective, and corrective controls to mitigate risks associated with unauthorized access, such as multi-factor authentication (MFA). MFA is defined as user authentication that has *more than one* distinct authentication factor, where the following are the three authentication factors:

- *Knowledge*: This is intended to be information known by a specific user, which includes passwords, pin numbers, and other knowledge-based inputs (e.g., challenge questions);

---

[1] *See* Federal Financial Institutions Examination Council, *Authentication and Access to Financial institution Services and Systems* (Aug. 11, 2021), *available at* https://www.ffiec.gov/sites/default/files/media/press-releases/2021/authentication-and-access-to-financial-institution-services-and-systems.pdf.

2

- *Possession*: This is intended to be something subject to the user's physical possession or control, which includes devices, badges, or cryptographic keys; and
- *Identification*: This is intended to be something that uniquely identifies an individual, which may include biometric data (e.g., fingerprint).[2]

MFA is a common method to mitigate threats like data theft, ransomware, and account fraud. Possessive or identification factor authentication solutions, such as one-time passwords, cryptographic keys, biometrics, and hardware-based authentication, in addition to knowledge-based authentication (such as a username, password, and answer to a user-generated challenge question) provide security for high-risk transactions. High-risk transactions include those that "allow the transfer of funds to third parties or provide access to nonpublic personal information."[3]

Conversely, single-factor authentication (i.e., using only one type of authentication factor) "provides attackers an easy way to gain access to the system."[4] The Federal Deposit insurance Corporation, which is a member of the FFIEC, has noted that "[f]or consumer accounts, most banks are using combinations of geo-location, device identification, shared information and IP intelligence."[5]

b) Online Banking Portal Observations

The Online Banking Portal only employs single-factor authentication (i.e., knowledge) in the following two forms:

(1) Username and password; and
(2) User-generated responses to knowledge-based questions.

User enrollment in the Online Banking Portal requires an initial population of pre-defined information to confirm membership (i.e., member account number, social security number, last four numbers of social security number, and address number), as shown below:

---

[2] *Id.*
[3] *See* Robert D. Lee, *Authentication in Internet Banking: A Lesson in Risk Management* (Jul. 10, 2023), *available at* https://www.fdic.gov/bank-examinations/authentication-internet-banking-lesson-risk-management.
[4] *See* Cybersecurity & Infrastructure Security Agency, *Capacity Enhancement Guide: Implementing Strong Authentication* (Aug. 2023), *available at* https://www.cisa.gov/resources-tools/resources/capacity-enhancement-guides-federal-agencies.
[5] *See* Robert D. Lee, *Authentication in Internet Banking: A Lesson in Risk Management* (Jul. 10, 2023), *available at* https://www.fdic.gov/bank-examinations/authentication-internet-banking-lesson-risk-management.

3

**Enroll in Online Banking**

Thank you for your interest in online banking. To begin the enrollment process, please key in the required fields below. In the Address Number field, if your address is: P.O. Box 6342, please enter 6342 1405 Municipal Ave, please enter 1405 23 SW 69 NW, please enter 23 6926 E. 66th Street, please enter 6926

Member Account Number:

SSN (last 4 digits):

Social Security Number:

Address Number:

[ Next ]   [ Cancel ]

Once the above data is provided, the user is then prompted to establish a user ID and password. Afterward, the user is prompted to select and assign answers to predefined challenge questions.

Once the above information is submitted, the user has established an Online Banking account, which provides the user with access to the following:

- View member, account balance, and transaction information;
- Create or update account and activity-based alerts;
- Add or modify associated phone numbers and email addresses;
- Manage challenge questions;
- Initiate internal transfers; and
- Initiate external bill payments to third parties.

For existing Online Banking accounts, logging in requires entering a username and password, followed by responding to one challenge question.

For both new account enrollment and logging into an existing account, non-knowledge-based authentication methods—such as one-time passwords or authentication devices—are not provided in the Online Banking Portal.

4

c) *Client360 Portal Observations*

The Client360 Portal is used by Cencap Federal employees to make administrative-level changes and initiate other service inquiries and requests to Fiserv. The Client360 Portal, which is accessed with a website, does not include any form of MFA, as access only requires a username and password.

The Client360 Portal allows credit union employees to communicate with Fiserv to create changes to the online banking and other core processing systems. The types of matters or tickets that can be submitted via the Client360 Portal may vary depending on institutional need. The ticketing submission includes providing certain details and descriptions of the matter, relative significance or severity, and the ability to add attachments. The information provided with a ticket, whether in comments or attachments, may include personally-identifiable information about Cencap Federal's members or other Cencap Federal confidential information.

d) *Potential Adverse Impacts of Current Authentication Systems*

Robust user authentication is critical to preventing unauthorized access to confidential information, helping reduce the risk of data breaches, identity theft, and fraud. Strong authentication controls protect against both direct and indirect impacts of data breaches. Single-factor authentication, even with layered defenses, is often insufficient against sophisticated threats like credential abuse, phishing, and ransomware. Knowledge-based authentication, which falls in the same authentication factor category as a password, can often be exploited by fraudsters through basic internet and social media searches (e.g., reviewing connections on a social media account to ascertain a potential victim's mother's maiden name or vehicle information).[6]

To mitigate these risks, MFA, combined with other layered security measures, is necessary to prevent unauthorized access, data theft, and system compromise for financial institutions.[7] This should include use of such controls for critical services and systems including online banking and ticketing portals that contain proprietary, confidential, or personally-identifiable information that are desired by fraudsters and other actors for their value in identity theft, fraud, and other illicit schemes.

e) *Recommended Action Based on Relevant Standards and Observations*

To mitigate risk of harm to Cencap Federal and its members by having their confidential information accessed by unauthorized individuals, it is imperative that Fiserv properly implement multi-factor authentication on the Online Banking and Client360 Portals.

---

[6] *See* Alloy, *State of Fraud Benchmarking Report 2024*, *available at* https://use.alloy.co/rs/915-RMN-264/images/2024-State-of-Fraud-Benchmark-Report_Alloy.pdf?version=0.

[7] *See* Federal Financial Institutions Examination Council, *Authentication and Access to Financial institution Services and Systems* (Aug. 11, 2021), *available at* https://www.ffiec.gov/sites/default/files/media/press-releases/2021/authentication-and-access-to-financial-institution-services-and-systems.pdf.

5

## 4. Compensation & Prior Testimony

I am being compensated for my time in this matter at an hourly rate. My compensation is not contingent upon the outcome of this case or the content of any opinion. The accompanying CV contains a list of all my publications authored in the previous ten years. I have not testified as an expert at trial or by deposition in any prior cases.

## 5. Declaration

I declare under penalty of perjury under the laws of the United States of America (or applicable jurisdiction) that the foregoing is true and correct.

Executed on this 6th day of June, 2025, at Huntington, NY.

Signature: _____

Name: Brendan P. Mulvey

Title: Senior Managing Director

**APPENDIX A: CURRICULUM VITAE**

**BRENDAN P. MULVEY, J.D., CRCM**

### SUMMARY OF QUALIFICATIONS

*Recognized risk management and compliance expert and leader with sustained success advising and supporting financial services and related organizations on risk management and consumer compliance matters. Provides transformative advice and solutions that enable organizations to keep ahead of evolving regulatory and industry expectations.*

Representative experience includes*:*

- Top 10 Banking Institution: Multi-year engagement focused on enhancing compliance and third-party risk programs, including automation of critical controls and oversight of critical third parties, including core banking platforms.
- Top 25 Banking Institution: Long-term project addressing regulatory criticisms and improving compliance risk management, customer remediation, and risk governance framework, including monitoring, testing, and oversight of critical banking processes and customer service channels.
- Global Payments Company: Multi-phased engagement aimed at improving customer experience and competitive advantage, including evaluation and enhancement to onboarding, account maintenance, and online account management experiences.
- Global Payments Company: Global engagement aimed at documenting business process, controls, and identifying applicable risks across the company's business processes and products, including customer acquisition, onboarding, account maintenance, transaction processing, and servicing.
- Top 25 Banking Institution: Multiple engagements enhancing Fair Lending and UDAAP programs, including controls and oversight of relevant risks in onboarding, account maintenance, and customer service.
- Top 25 Banking Institution: Led process, risk, and control identification efforts for a leading consumer and commercial credit card business across that included product development, pricing, marketing, customer acquisition, disclosures, and servicing.
- Top 50 Banking Institution: Multi-year project improving prepaid product compliance and overall corporate compliance programs, including enhanced complaints management, monitoring, testing, and third-party oversight.
- Top 50 Banking Institution: Multiple engagements improving customer disclosures and enterprise and technology risk management programs, including testing of key information technology and security controls.
- Credit Reporting Agency: Assessed and recommended enhancements to the company's credit disputes, inquiry removals, technology ticketing, complaints management, and regulatory change management processes and controls.

**BRENDAN P. MULVEY, J.D., CRCM**                                                                                                      PAGE 2

## PROFESSIONAL EXPERIENCE

**Treliant, LLC**, New York, NY
*Senior Managing Director, Regulatory Compliance, Risk Management, and Data and Digital Transformation Solutions Lead*, August 2024 to Present

- Lead Treliant's services and offerings in regulatory compliance and risk management, which includes consumer compliance, operational, third-party, enterprise, credit, and technology risk programs, as well as data and digital transformation offerings, with responsibility for go-to-market and business strategy and execution, performance management, engagement delivery, and business results.
- Define and execute practice strategy for offerings, go-to-market, staffing, and partnerships, including collaboration with technology providers focused on artificial intelligence, regulatory change monitoring, business automation, and governance, risk, and compliance ("GRC") solutions.
- Demonstrated expertise in consumer compliance programs, functions, and processes, including fair and responsible banking, risk assessment, change management, complaint management, issue management, monitoring, and testing.
- Expert in third-party, operational, reputational, strategic, and enterprise risk programs and processes, including board governance, risk appetite and associated metrics, reporting, talent management, and risk assessments.
- Extensive experience in front, middle, and back-office banking operations and technologies, including functions, processes, and systems related to customer acquisition, onboarding, underwriting, account management, payments, and customer service.
- Advise clients on matters relating to artificial intelligence governance and use, operational resilience, and risk program and process optimization.
- Develop and deliver training to clients and boards of directors on emerging regulatory and industry topics.
- Provide thought leadership on a variety of risk management topics and participated in industry panels and events.

**IBM Promontory**, New York, NY
*Partner,* June 2021 to July 2024
*Director,* April 2019 to May 2021
*Senior Principal*, October 2017 to March 2019

- Led Promontory's Americas Risk and Compliance Practice, which advised clients on consumer compliance, operational, third-party, enterprise, strategic, and technology risk programs, with responsibility for go-to-market and business development strategy and execution, performance management, engagement delivery, and business results.
- Progressive expansion of responsibilities through both promotions and leadership designations, such as serving as lead of Promontory's consumer compliance offerings, lead of the Americas Compliance Practice, and lead of the Americas Risk and Compliance Practice.
- Assessed, developed, and enhanced consumer compliance, fair and responsible banking, third-party risk management, enterprise, and operational risk management programs, organizations, processes, and methodologies.
- Evaluated and enhanced business processes, including marketing, acquisition, onboarding, payments, disputes, fraud, and servicing, and associated customer experience to improve compliance and business outcomes.
- Defined and calibrated risk appetite statements, metrics, and key risk and performance indicators for compliance and other risks and associated standards and design and implement associated committee and executive-level risk reporting.

**BRENDAN P. MULVEY, J.D., CRCM**                                                                                                  PAGE 3

## PROFESSIONAL EXPERIENCE (CONTINUED)

**IBM Promontory**, New York, NY (Continued)
- Designed and implemented frameworks and processes for regulatory, technology, product, and process change management, including governance processes for oversight of artificial intelligence development and deployment.
- Evaluated and recommended roles, staffing levels, and required skills for compliance and other risk functions, including front-line risk, control, and testing functions.
- Guided clients on technology capabilities for Governance, Risk, and Compliance, business automation, management and board reporting, fair lending, complaint management, continuous compliance monitoring, and artificial intelligence.
- Advised clients on regulatory matters, including strategy, licensing, response, and remediation to regulatory enforcement, including those involving prudential and state banking regulators and the Consumer Financial Protection Bureau.
- Developed and delivered training to clients and boards of directors on emerging regulatory and industry topics.
- Provided thought leadership on a variety of consumer compliance and risk management topics and participated in industry panels and events.

**Protiviti, Inc.**, New York, NY
*Associate Director,* January 2017 to October 2017
*Senior Manager*, January 2016 to December 2016
*Manager*, July 2014 to December 2015
*Senior Consultant,* May 2013 to June 2014

- Assessed, developed, and enhanced consumer compliance and enterprise risk programs, including development and enhancement of policies and procedures, training, reporting, and monitoring and testing standards and protocols.
- Led execution of risk assessments covering regulatory compliance and other risk areas, including consumer lending, payments, securities, anti-money laundering, sanctions, anti-corruption, privacy, licensing, and information security.
- Designed and oversaw the development of regulatory requirements relating to financial services organizations, including development of data structure and standards, evaluation of applicability to products and services, and development of ongoing processes and procedures.
- Implemented change management processes for identifying, evaluating, and responding to changes in governing laws and regulations, including development of governance structure, policies, project plans, and reporting.
- Led regulatory mapping exercises, including documenting processes and controls, and mapping of regulatory requirements to processes, controls, policies, and training for use in a process-based compliance risk assessment.
- Performed evaluations of monitoring systems, including anti-money laundering, fraud, trade surveillance, and sanctions screening systems, and provided recommendations of appropriate monitoring rules and thresholds.
- Led transaction monitoring, know your customer, and other regulatory lookbacks and remediation efforts.
- Engaged in business development activities, including proposals and attendance at industry events.

**BRENDAN P. MULVEY, J.D., CRCM**                                                                                                     **PAGE 4**

## PROFESSIONAL EXPERIENCE (CONTINUED)

**ICICI Bank Limited, New York Branch**, New York, NY
*Compliance Officer*, June 2012 to May 2013

- Managed the AML and OFAC compliance programs and supported the overall compliance program.
- Created, reviewed, and updated policies, procedures, and risk methodologies in line with regulatory requirements.
- Completed annual AML and OFAC risk assessments and conducted monthly Compliance testing.
- Evaluated transaction monitoring and OFAC escalations for SAR filing or other regulatory reporting, including the drafting, review, and approval of SAR filings.
- Filed OFAC blocked and rejected transaction reports and annual blocked property reports, as required.
- Approved new account openings, including performance of due diligence and evaluation of client documentation.
- Developed and managed systems upgrades and modifications, including development of rules and thresholds, testing protocols, and procedures.
- Interpreted and recommended actions in response to changes in applicable laws and regulations.
- Trained Branch staff regarding AML and OFAC policies and procedures.
- Coordinated with regulatory agencies and coordinated regulatory examinations of the Branch's compliance program.

**Brown Brothers Harriman & Co.**, New York, NY
*Compliance Associate*, October 2010 to June 2012

- Monitored securities and cash transaction activity, including correspondent banking, trade finance, and private banking, for compliance with regulatory requirements and violations of applicable laws and regulations.
- Performed complex investigations and prepared and filed SARs.
- Reviewed documents for institutional and private banking accounts in compliance with firm KYC policies.
- Reviewed transaction escalations for possible OFAC and other sanctions implications.
- Prepared and filed OFAC blocked and rejected transaction reports.
- Updated compliance risk methodologies and procedures.
- Managed changes and upgrades to transaction monitoring systems.
- Performed research and prepared memoranda documenting conclusions regarding new product initiatives and implications on US and international laws and regulations.
- Prepared monthly departmental productivity reports and aided in preparing for regulatory exams and audits.

**Beecher Carlson Insurance Services**, New York, NY
*Legal Intern*, June 2009 to April 2010

**Mental Hygiene Legal Service**, Bronx, NY
*Legal Intern*, January 2009 to December 2009

**Financial Industry Regulatory Authority**, Jericho, NY
*Legal Intern*, August 2008 to December 2008

**Hon. James P. McCormack, Nassau County Criminal Court**, Mineola, NY
*Law Student Intern*, May 2008 to August 2008

**BRENDAN P. MULVEY, J.D., CRCM**                                                                                                    PAGE 5
___

## PROFESSIONAL EXPERIENCE (CONTINUED)

**Vincent J. Russo & Associates, P.C.**, Westbury, NY
*Intern*, March 2008 to May 2009

**AllianceBernstein L.P.**, White Plains, NY
*Private Client Administrator*, July 2006 to July 2007

**Goldman Sachs and Company**, New York, NY
*Summer Analyst*, June 2005 to August 2005

**Jovia Financial Credit Union**, Westbury, NY
*Teller*, August 2004 to July 2006

## EDUCATION

**St John's University School of Law**, Jamaica, New York
Juris Doctor, June 2010

**St. John's University, Peter J. Tobin College of Business**, Jamaica, New York
Bachelor of Science, *summa cum laude*, Finance, May 2006

## ADMISSIONS AND CERTIFICATIONS

Admitted to practice law in the State of New York.
Certified Regulatory Compliance Manager ("CRCM").

## PUBLICATIONS AND SPEAKING ENGAGEMENTS

*The Missing Piece of the Puzzle: Considering Business Intelligence in Transaction Monitoring Threshold-Tuning*, ACAMS Today, March 2015, at 32, *available at* www.acamstoday.org.

*How an Integrated TPRM Approach Reduces Risk*. Promontory, December 2020, *available at* www.promontory.com.

*Optimizing Compliance Risk Monitoring*, Promontory, April 2021, *available at* www.promontory.com.

*OCC Suggests Banks Should Prepare for Increased Regulatory Scrutiny*, Promontory Financial Group, June 2021, *available at* www.promontory.com.

*Agencies Propose Third-Party Relationship Guidance*, Promontory, July 2021, *available at* www.promontory.com.

*Prepare Now for the CFPB's Proposed Small Business Lending Requirements*, Promontory, September 2021, *available at* www.promontory.com.

*Emerging Perspectives on Fair and Responsible Banking*, Consumer Bankers Association, October 19, 2021.

*Top Bank Risks for 2022*, ABA Journal, January 3, 2022, *available at* www.bankingjournal.aba.com/2022/01/top-bank-risks-for-2022.

*CFPB Broadens UDAAP Authority to Address Discrimination*, Promontory, March 2022, *available at* www.promontory.com.

**BRENDAN P. MULVEY, J.D., CRCM**                                                                                                    **PAGE 6**

*Federal Regulators Commit to Addressing Appraisal Bias*, Promontory, April 2022, *available at* www.promontory.com.

*The Role of Customer Experience in Compliance Risk Management*, Promontory, May 2022, *available at* www.promontory.com.

*P2P Fraud Claims: Here's What You Need to Know*, Promontory, December 2022, *available at* www.promontory.com.

*Regulators Indicate Open Season on Open Banking*, Promontory, May 2023, *available at* www.promontory.com.

*Federal Reserve Establishes Program to Supervise Novel Activities*, Promontory, August 2023, *available at* www.promontory.com.

*Regulators are Focused on Appraisal Bias Risk – Are You?*, Promontory, November 2023, *available at* www.promontory.com.

*Enabling Risk Management Through GRC Solutions*, Promontory, March 2024, *available at* www.promontory.com.

*Digging into Complaint Analytics to See the Forest for the Trees*, CBA Live 2024, March 26, 2024.

*Comerica says its AI bot performs work of six IT helpdesk agents*, American Banker, April 19, 2024, *available at* https://www.americanbanker.com/news/comerica-says-its-ai-bot-performs-work-of-six-it-helpdesk-agents.

*Optimizing Enterprise Risk Reporting: A Roadmap for Risk and Compliance Executives*, Treliant, November 2024, available at https://www.treliant.com/knowledge-center/optimizing-enterprise-risk-reporting-a-roadmap-for-risk-and-compliance-executives/.

*A Data-Driven Approach for Optimizing Enterprise Risk Reporting*, American Bankers Association, December 2025, *available at* https://www.aba.com/training-events/online-training/a-data-driven-approach-for-optimizing-enterprise-risk-reporting.

*How Generative AI is Being Uniquely Helpful for Banks and Fintechs*, Fintech Xchange 2025, January 23, 2025.

*Navigating Third-Party Risks in Banks and Fintech Partnerships*, American Bankers Association, January 2025, available at https://www.aba.com/training-events/online-training/navigating-third-party-risks.

*A Year of Transition: Preparing for Banking's Regulatory and Strategic Shifts*, Treliant, January 2025, *available at* https://www.treliant.com/knowledge-center/a-year-of-transition-preparing-for-bankings-regulatory-and-strategic-shifts/.

*Fourth-party Risk Management Considerations*, American Bankers Association, February 2025, *available at* https://www.aba.com/training-events/online-training/fourth-party-risk-management-considerations.

*Third-party Risk Management*, CBA Live 2025, March 18, 2025.