UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CENCAP FEDERAL CREDIT UNION,
on behalf of itself and its members,

                                  *Plaintiff,*

-against-

FISERV SOLUTIONS, LLC f/k/a
FISERV SOLUTIONS, INC. and
FISERV, INC.,

                                  *Defendants.*

Case No.: 3:25-cv-00913-VOD

## DECLARATION OF CHARLES J. NERKO IN SUPPORT OF CENCAP FEDERAL CREDIT UNION'S MOTION FOR A TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY

Charles J. Nerko declares under penalty of perjury:

1. I am a partner at Barclay Damon LLP and counsel to plaintiff Cencap Federal Credit Union ("Cencap Federal").

2. In 2019, I represented another credit union, Bessemer System Federal Credit Union ("Bessemer"), in its lawsuit against defendants Fiserv Solutions, LLC f/k/a Fiserv Solutions Inc. ("Fiserv Solutions") and Fiserv, Inc. (collectively, "Fiserv") in the United State District Court, Western District of Pennsylvania, captioned *Bessemer System Federal Credit Union v. Fiserv Solutions, LLC et al.* Case No. 2:19-cv-00624-RJC.

3. **Exhibit A** attached hereto is a true and correct copy of Fiserv's letter to Court in opposition to Bessemer's Motion for Temporary Restraining Order, dated June 26, 2019. *Id.* at Dkt. 24.

4. **Exhibit B** attached hereto is a true and correct copy of Bessemer's Second Amended Complaint against Fiserv, dated October 30, 2019. *Id.* at Dkt. 48.

31482560

5. **Exhibit C** attached hereto is a true and correct copy of Fiserv's Answer and Affirmative Defenses to Second Amended Complaint and Counterclaims, dated August 14, 2020. *Id.* at Dkt. 76.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2025

_____
Charles J. Nerko

31482560