UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENCAP FEDERAL CREDIT UNION, on behalf of itself and its members,<br><br>*Plaintiff,*<br><br>-against-<br><br>FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC. and FISERV, INC.<br><br>*Defendants.* | Case No.: 3:25-cv-00913-VDO |

**CENCAP FEDERAL CREDIT UNION'S**
**MOTION FOR CONSIDERATION OF SEALING**

Plaintiff Cencap Federal Credit Union ("Cencap Federal"), on behalf of itself and its members, brings this motion for consideration of sealing pursuant to L.Civ.R. 5.4 in connection with a certain exhibit accompanying its Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (the "TRO/PI Motion").

In an abundance of caution and to avoid potentially prejudicing defendants Fiserv Solutions, LLC f/k/a Fiserv Solutions, Inc. ("Fiserv Solutions") and Fiserv, Inc. (collectively, "Fiserv") by filing one of its confidential documents in the public record, Cencap Federal has omitted the Master Agreement between Fiserv Solutions and Cencap Federal from the public docket.

Cencap Federal does not currently take a position on whether this document qualifies for sealing. This document, however, purports to be confidential and may implicate Fiserv's privacy interests. As an accommodation to Fiserv, Cencap Federal is filing this motion to afford Fiserv an opportunity to be heard and have the Court consider this matter.

31490241

WHEREFORE, Cencap Federal respectfully requests that the Court afford Fiserv an opportunity to be heard on this matter and show cause, if any, for why that document qualifies for sealing.

Dated: June 6, 2025                                  Respectfully submitted,

BARCLAY DAMON LLP

By:  /s/ Brian D. Rich
    Charles J. Nerko*
    Brian D. Rich (Bar No. ct24458)
    Matthew J. Smith*
    Xun Chen*
1270 Avenue of the Americas, Suite 501
New York, NY 10020
212.784.5800
cnerko@barclaydamon.com
brich@barclaydamon.com
msmith@barclaydamon.com
xchen@barclaydamon.com

*Attorneys for Plaintiff*
*Cencap Federal Credit Union,*
*on behalf of itself and its members*

\* Not admitted in D. Conn; *pro hac vice* application to be filed

31490241