UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CENCAP FEDERAL CREDIT UNION, on behalf of itself and its members,<br><br>*Plaintiff,*<br><br>-against-<br><br>FISERV SOLUTIONS, LLC f/k/a FISERV SOLUTIONS, INC. and FISERV, INC.<br><br>*Defendants.* | Case No.: 3:25-cv-00913-VDO |

**JOINT MOTION FOR A STAY OF ALL PROCEEDINGS**

Plaintiff Cencap Federal Credit Union and defendants Fiserv Solutions, LLC and Fiserv, Inc., by and through their undersigned counsel, respectfully move this Court for an Order, staying all proceedings and deadlines in this matter, and tolling the accrual of any time-based defenses from the date of the Order for the duration of the stay. In support of this Motion, the parties state as follows:

1. On June 18, 2025, the Court issued an Order (Dkt. 56), which, *inter alia*, directed the parties to engage in limited discovery to further develop the record regarding Plaintiff's request for a preliminary injunction. The Court ordered that such discovery be completed by August 18, 2025, that the parties file a joint status report by August 25, 2025, and that Plaintiff may refile its request for a preliminary injunction on or before October 1, 2025.

2. Additionally, the Court encouraged the parties to explore settlement and ordered the parties to confer and file a report by June 25, 2025, indicating whether the case would benefit from a settlement conference before a Magistrate Judge.

32073662

3. On June 25, 2025, the parties filed a Joint Status Report (Dkt. 59), advising the Court that the parties have conferred and jointly agree that a referral to a Magistrate Judge for the purpose of facilitating settlement discussion would be beneficial.

4. On June 30, 2025, this case was referred to Magistrate Judge Robert A. Richardson for a settlement conference (Dkt. 63). An in-person settlement conference was scheduled for July 28, 2025 (Dkt. 68).

5. On July 25, 2025, upon consultation with the parties, the Court found that a settlement conference would be unproductive at that time and cancelled the settlement conference scheduled for July 28, 2025 (Dkt. 76).

6. On August 7, 2025, the Court issued a Scheduling Order (Dkt. 80), which set forth deadlines governing the remainder of the case.

7. Following the cancellation of the July 28, 2025 settlement conference, the parties have continued their discussions and now agree that a settlement conference before Judge Richardson should proceed.

8. To facilitate settlement discussions, the parties jointly request that this Court stay all proceedings and deadlines in this case.

9. The parties also respectfully request that the Court stay the accrual or assertion of any time-based defenses (including, without limitation, statute of limitations, laches, or similar doctrines) from the date of the Order for the duration of the stay.

10. This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested relief.

WHEREFORE, the parties respectfully request that the Court enter an Order:

32073662

a) staying all proceedings and deadlines in this matter until further Order of the Court or such other date as the Court may set; and

b) staying the accrual or assertion of any time-based defenses from the date of the Order for the duration of the stay.

Dated: August 8, 2025                                                    Respectfully submitted,

By: ___/s/ Xun Chen___
    Charles J. Nerko (phv208748)
    Brian D. Rich (ct24458)
    Sarah O'Brien (admitted *pro hac vice*)
    Matthew J. Smith (phv208760)
    Xun Chen (phv208749)

BARCLAY DAMON LLP
1270 Avenue of the Americas, Suite 2310
New York, NY 10020
212.784.5800
cnerko@barclaydamon.com
brich@barclaydamon.com
sobrien@barclaydamon.com
msmith@barclaydamon.com
xchen@barclaydamon.com

*Attorneys for Plaintiff*
*Cencap Federal Credit Union,*
*on behalf of itself and its members*

By: ___/s/ Jesse L. Byam-Katzman___
    Todd R. Michaelis, Esq. (ct28821)

CARMODY TORRANCE SANDAK & HENNESSEY LLP
50 Leavenworth Street
Waterbury, CT 06721-1110
Telephone: 203-573-1200
Fax: 203-575-2600
tmichaelis@carmodylaw.com

Andrew J. Wronski (phv208746)
Max B. Chester (phv208744)
Timothy J. Patterson (phv208747)
Jesse L. Byam-Katzman (phv10743)
Grace E. Stippich (phv208739)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue Milwaukee, WI 53202-5306
Telephone: 414-271-2400
Fax: 414-297-4900
AWronski@foley.com
MChester@foley.com
TJPatterson@foley.com
JByam-Katzman@foley.com
GStippich@foley.com

*Attorney for Defendants Fiserv Solutions, LLC*
*f/k/a Fiserv Solutions, Inc. and Fiserv, Inc.*

3

32073662